COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Edward Kelly Bauman                  Dexter Holder
La Appellate Project                 A.C.C., Crawdad C2 #1 DOC No. 452102
P. O. Box 1641                       1630 Prison Road
Lake Charles LA 70602-1641           Cottonport LA 71327


REHEARING ACTION: February 27, 2013


Docket Number: 12   00258-KA

STATE OF LOUISIANA
VERSUS
DEXTER HOLDER

Appealed from Iberia Parish Case No. 07-1124


BEFORE JUDGES:

    Hon. John D. Saunders
    Hon. Elizabeth A. Pickett
    Hon. James T. Genovese



As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dexter Holder** has this day been

    **DENIED.**








cc: Hon. J. Phillip Haney, Counsel for the Appellee
    Angela B. Odinet, Counsel for the Appellee